# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| EUNICE SPANN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-3946 |
| MIDLAND CREDIT MANAGEMENT and MIDLAND FUNDING, LLC, | : | |
| Defendants. | : | |

_____:

## ORDER

**AND NOW**, this 27th day of September, 2016, upon consideration of the Motion for Judgment on the Pleadings filed by Defendants, Midland Credit Management, Inc. and Midland Funding, LLC (Doc. No. 8), which Plaintiff, Eunice Spann, has failed to file any response or opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. The action is **DISMISSED WITH PREJUDICE**.

                                          BY THE COURT:

                                          /s/ Robert F. Kelly
                                          ROBERT F. KELLY
                                          SENIOR JUDGE